AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
August 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Myrna Gallegos
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

Pablo CLARK-Guillen

*Defendant(s)*

Case No. **EP-26-MJ-3922-ATB**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 18, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT: Pablo CLARK-Guillen

☑ Continued on the attached sheet.

*Complainant's signature*

Cesar Ponce, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/20/2026

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on August 20, 2026 at 12:52 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Pablo CLARK-Guillen

PEPT# PEPT260800820

08/20/2026

FACTS (CONTINUED)

On August 17, 2026, at approximately 11:09 p.m., Border Patrol Agents encountered the footprints of six individuals near the international border, in the Clint Area of Operations. Agents and a Border Patrol Detection Canine searched the area and found four individuals concealing themselves in some brush. Agents identified themselves as Border Patrol to the four individuals and questioned them as to their citizenship and nationality. The four individuals admitted to being Mexican nationals illegally present in the United States without immigration documents that would allow them to be or remain in country legally. The four illegal aliens were placed under arrest.

Approximately one hour later a camera operator advised agents in the area that they had detected the two outstanding individuals in the group. Agents searched for the foot sign of the two individuals near the location where the other four illegal aliens were apprehended. An agent operating a camera advised agents he observed the two individuals headed toward the Clint exit off Interstate 10. Agents encountered the two individuals, identified themselves as Border Patrol and questioned them as to their citizenship and nationality. The two individuals admitted to being citizens and nationals of India, and that they were illegally present in the United States without immigration documents that would allow them to be or remain in country legally. The two illegal aliens were placed under arrest. It was determined that the two Indian nationals entered the country illegally with the four Mexican nationals apprehended earlier.

On August 18, 2026, Special Agents from Homeland Security Investigations (HSI) provided one of the Indian nationals with his Miranda warnings. The individual stated he understood his rights and was willing to answer questions without the presence of an attorney. Additionally, the Indian national granted agents consent to search and analyze the contents of his cellphone.

While analyzing the contents of the phone, HSI Agents noticed that his cellphone continued to receive voice calls from one of his contacts and stated that it was the person responsible for smuggling him into the United States. Agents began posing as the Indian national and advised the contact that he had been able to get away and was hiding near some bushes. The contact communicated that someone could be enroute to pick him up and instructed him to wait. HSI and Border Patrol received cooperation from the Indian national and took him to the intersection of Highway Texas 20 and 1st Street, in an effort to identify the alien smuggler that was being sent to pick him up. Once at the intersection, agents, still posing as the illegal alien, took a picture of the illegal alien near some bushes and sent it to the contact. The contact advised that a pickup driver would be at his location in approximately 25 minutes and instructed him to wait.
Agents, posing as the illegal alien, maintained communication with the contact and provided them with their live location. The contact stated that the pick-up driver was nearby and stated that the vehicle was a gray van. The contact also sent a screenshot of the pickup driver's location.

Moments later, agents observed a grey van as it traveled eastbound and pulled into the gas station located at

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Pablo CLARK-Guillen

PEPT# PEPT260800820

08/20/2026

FACTS (CONTINUED)
the 100 block of Main Street, in Fabens, Texas, in the Western District of Texas. The grey van passed the agent's location two times before pulling into the gas station to fuel up his van.
One of the Border Patrol Agents saw the driver and identified him as Pablo CLARK-Guillen, the DEFENDANT. Agents have encountered the DEFENDANT in the area on two prior occasions on suspicion of alien smuggling. The DEFENDANT was convicted of transporting illegal aliens in July of 2024.

The DEFENDANT then headed back to the location he passed earlier, where the agent posing as the illegal alien continued to hide in some bushes. The DEFENDANT turned into an alleyway, made eye contact with the agent, who was crouched down and hiding, and motioned him to get inside the van.

Knowing the DEFENDANT'S previous incidents and encounters with law enforcement, agents immediately approached the DEFENDANT and ordered him to turn off the van. The DEFENDANT complied. Agents observed as the DEFENDANT broke his phone, cutting his hands in the process. This is a common tactic used by alien smugglers in an effort to destroy evidence of a crime.

Border Patrol Agents and HSI Agents approached the DEFENDANT and identified themselves. Agents advised the DEFENDANT that he was being detained regarding an alien smuggling investigation. The DEFENDANT stated that he was willing to work with them and provide addresses to stash houses. The DEFENDANT was transported to the Clint Border Patrol Station for further processing and investigation. The DEFENDANT then stated that he was not willing to answer any questions without his attorney present.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
None Found

Criminal History:
03/25/2014, El Paso, TX., Driving While Intoxicated(M), CNV, Confinement, 15 Months Probation, Fine.
07/25/2016, Corpus Christi, TX., Driving While Intoxicated(M), CNV, 2 Days Jail, Fine.
10/30/2018, El Paso, TX., Driving While Intoxicated 3rd or More(F), CNV, Confinement, 5 Years Probation, Fine.
10/14/2020, El Paso, TX., Collision Involving Injury(F), CNV, 3 Years Jail,.
09/12/2023, El Paso, TX., Smuggling of Persons(F), ACC, Pending.
11/30/2023, El Paso, TX., Agg Assault W/ Deadly Weapon(F), ACC, Pending.
07/10/2024, EL Paso, Texas, 8 USC 1324-Conspiracy to Transport Aliens(F), CNV, 2 Years Jail, 3 Years Probation .