# United States District Court
## Western District of Texas
## El Paso Division

FILED
Aug 20 2026
Clerk, U.S. District Court
Western District of
Texas

By: MG
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **No: EP:26-M -03922(1) ATB** |
| | § | |
| **(1) PABLO CLARK-GUILLEN** | § | |
| | § | |

*Defendant*

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Pablo Chapablanco, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 20th day of August, 2026.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE